# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WALTER WILLIAMS, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE FREIGHT LINES LTD., an Illinois corporation, and MOTIVE TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:24-cv-11683<br><br>Honorable Jeffrey I. Cummings |

## DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Defendant Motive Technologies, Inc. hereby moves for an order under Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Amended Class Action Complaint for failure to state a claim.

Dated: January 21, 2025[1]

Respectfully Submitted,

*/s/ Justin O. Kay*
Justin O. Kay (ARDC 6286557)
Ambria D. Mahomes (ARDC 6334463)
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street, Suite 3300
Chicago, Illinois 60606-5707
Telephone: 312-569-1000
Facsimile: 312-569-3000

---

[1] Although the parties stipulated, and the Court so ordered, this motion to be filed by January 20, 2025 (ECF 14-15), the motion is being filed on January 21, 2025, because January 20 was a legal holiday, *i.e.*, Martin Luther King Jr.'s Birthday. *See* Fed. R. Civ. P. 6(a)(1), (6) (stating that "if the last day" to file under a court-ordered deadline is a "legal holiday, the period continues to run until the end of the next day that is not a . . . legal holiday"; defining "legal holiday" to include "Martin Luther King Jr.'s Birthday").

justin.kay@faegredrinker.com
ambria.mahomes@faegredrinker.com

Paul A. Rosenthal
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7000
Facsimile:  973-360-9831
paul.rosenthal@faegredrinker.com

Anderson Tuggle
(*pro hac vice forthcoming*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile:  612-766-1600
anderson.tuggle@faegredrinker.com

*Counsel for Defendant Motive Technologies, Inc*.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st of January, 2025, a true and correct copy of the foregoing was filed and served via the ECF/CM system with the Clerk of the Court and which will serve Notice of Electronic Filing upon counsel of record via electronic mail.

*/s/ Justin O. Kay*
Justin O. Kay