## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WALTER WILLIAMS, individually and on behalf of other persons similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PURE FREIGHT LINES LTD., an Illinois corporation, and MOTIVE TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 1:24-cv-11683<br><br>Honorable Jeffrey I. Cummings |

## DEFENDANT PURE FREIGHT LINES LTD.'S JOINDER OF CO-DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT

NOW COMES the Defendant, PURE FREIGHT LINES LTD. (hereinafter "Pure Freight" or "Defendant"), by and through its attorneys, Molly A. Arranz and John C. Ochoa of Amundsen Davis, LLC, and hereby joins in Defendant Motive Technologies, Inc.'s ("Motive") Motion to Dismiss Plaintiff's Amended Class Action Complaint (Dkt. 17.)  In support, Defendant states as follows:

1. On January 21, 2025, Defendant Motive filed a motion to dismiss Plaintiff's Complaint. In that motion, Motive presented several bases to dismiss Plaintiff's Complaint, including Plaintiff's Complaint being preempted by Federal safety and transportation laws and regulations (Dkt. 18 at 3-9), and Plaintiff's failure to state a claim under the Illinois Biometric Information Privacy Act ("BIPA") (*id.* at 9-13).

2. Motive also seeks relief in the alternative, including a finding by this Court that the Plaintiff cannot recover "repeat" damages under BIPA (*id.* at 13-21), that Plaintiff cannot seek

injunctive relief (*id.* at 21) and that Plaintiff cannot represent a class of non-Illinois residents (*id.* at 23-25).

3.     All of the arguments raised in Motive's motion are equally applicable to Pure Freight. Pure Freight hereby joins in Motive's motion to dismiss in all respects and seeks dismissal on all of the same grounds.[1]

WHEREFORE, Defendant, PURE FREIGHT LINES LTD., respectfully requests that this Honorable Court: (1) grant Motive's motion to dismiss, which Pure Freight fully joins, (2) dismiss Plaintiff's Complaint against Pure Freight for all the reasons stated in Defendant Motive's motion to dismiss; or, in the alternative, (3) strike Plaintiff's request for "repeat damages" and injunctive relief, (4) modify Plaintiff's class definition, and (5) grant any further relief it deems equitable and just.

Dated: January 21, 2025

Respectfully Submitted,

AMUNDSEN DAVIS, LLC

By:    */s/ John C. Ochoa*
Molly A. Arranz #6281122
John C. Ochoa #6302680
marranz@amundsendavislaw.com
jochoa@amundsendavislaw.com
AMUNDSEN DAVIS, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
Tel: (312) 894-3200
Fax: (312) 894-3210

*Attorneys for Defendant*
*Pure Freight Lines Ltd.*

---

[1] On December 23, 2024, this Court entered an order granting Defendants' motion to extend the filing deadline for Defendants' responsive pleading and allowing them extra pages to file a joint motion to dismiss. (Dkt. 15.) Defendant Pure Freight files this joinder in furtherance of that Order.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on January 21, 2025, a copy of the foregoing was submitted via this Court's electronic filing system, which served notice of this filing upon all counsel of record.

<u>/s/ John C. Ochoa</u>